IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McMullen, Loretta L

Printed: 9/30/08

Case Number: 08 B 05145
Judge: Wedoff, Eugene R
Filed: 3/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 240.00 |  |
| Secured: |  | 60.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 164.38 |
| Trustee Fee: |  | 15.62 |
| Other Funds: |  | 0.00 |
| Totals: | 240.00 | 240.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 164.38 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 987.00 | 60.00 |
| 4. | America's Servicing Co | Secured | 7,937.70 | 0.00 |
| 5. | Cook County Treasurer | Unsecured | 51.67 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 101.72 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 52.81 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 72.49 | 0.00 |
| 9. | Capital One | Unsecured | 68.01 | 0.00 |
| 10. | CitiFinancial Auto Credit Inc | Unsecured | 1,128.60 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 33.46 | 0.00 |
| 12. | Heart Care Centers Of Illinois | Unsecured | 62.00 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 53.52 | 0.00 |
| 14. | Cavalierr Telephone | Unsecured |  | No Claim Filed |
| 15. | Blue Island Radiology Consult | Unsecured |  | No Claim Filed |
| 16. | Bi Anesthesia | Unsecured |  | No Claim Filed |
| 17. | Blue Island Pathology | Unsecured |  | No Claim Filed |
| 18. | Surgical Consultants | Unsecured |  | No Claim Filed |
| 19. | Metro Center For Health | Unsecured |  | No Claim Filed |
| 20. | Heart Care Centers Of Illinois | Unsecured |  | No Claim Filed |
| 21. | CorTrust Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,972.98 | $ 224.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McMullen, Loretta L

Printed:  9/30/08

Case Number:  08 B 05145
Judge:  Wedoff, Eugene R
Filed:  3/4/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 15.62 |
|  | _____ |
|  | $ 15.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

